IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

MICHAEL RICHARDSON             *

    Plaintiff,                 *

        v.                     *       1:08-CV-301-MEF
                                             (WO)
C/O LEARY, *et al.*,           *

    Defendants.                *

_____

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. Plaintiff's complaint against Defendants Hartley, Poke, Davis, Woods, Jones, and medical staff is DISMISSED; Defendants Hartley, Poke, Davis Woods, Jones, and medical staff are DISMISSED without prejudice as parties to the complaint; This case with respect to Defendants Leary, Chancey, Fritzgerald, and Buchman is referred back to the Magistrate Judge for further proceedings.

Done this the 20th day of May, 2008.

                                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE