IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARDSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-301-MEF |
| | ) | |
| C/O LEARY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 26, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED

(1) That the Recommendation of the Magistrate Judge is hereby ADOPTED;

(2) Defendants Officer John Leary, Officer Adam Chancey, and Sergeant Cindy Buchmann's motion for summary judgment (Doc. # 17) is GRANTED; and

(3) Plaintiff Michael Richardson's claims are DISMISSED in their entirety.

A separate final judgment will issue in this case.

Done this the 16th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE